IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                            CV F 06 0469 AWI WMW   P

  vs.                                     ORDER RE MOTION (DOC 7 )

CCI SHU,

        Defendant.

       Plaintiff has requested an extension of time in which to file objections to the findings and recommendations of October 17, 2006.   Plaintiff seeks an extension of time on the ground that he does not have access to the law library.  Plaintiff is advised that the recommendation of dismissal is based upon Plaintiff's failure to allege facts that satisfy the requirements set forth in 28 U.S.C. § 1915(g).  The complaint is not deficient for want of legal analysis.  The court will, however, grant Plaintiff a thirty day extension of time.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

1  IT IS SO ORDERED.

2  **Dated:**   **November 22, 2006**              **/s/  William M. Wunderlich**
   j14hj0                                    UNITED STATES MAGISTRATE JUDGE